IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHNNY WOODARD, JR., *Plaintiff,* v. STATE FARM INSURANCE COMPANY, ET AL., *Defendant* | CIVIL NO. 3:07mc00006 <u>ORDER and OPINION</u> JUDGE NORMAN K. MOON |

On March 15, 2007, I granted Plaintiff an additional sixty days within which to pay the applicable filing fee (*See* docket entry no. 4). Because more than sixty days have passed since entry of that order, Plaintiff's case is hereby DISMISSED WITHOUT PREJUDICE. Additionally, the clerk of the court is hereby DIRECTED TO STRIKE this case from the docket of the court.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
United States District Judge

_____
Date: June 7, 2007